

RECEIVED
NOV 2 1 2019
CHAMBERS OF KIMBA M. WOOD
U.S.D.J.-S.D.N.Y.

# RICHARD SIMON
*ATTORNEY AT LAW*
227 Church Street, Suite 1G
New Haven, CT 06510
*(631)-766-8762*
*rsimonesq@yahoo.com*

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/21/19
```

November 20, 2019

To: Honorable Kimba Wood
    District Court Judge/Southern District of New York

**MEMO ENDORSED**

Re: USA v. Cruz; 19-CR-326

I have been retained herein by the defendant. Attorney Martin Samuel Cohen (Federal Defenders of New York) had appeared for defendant and attended the initial conference (9/19/2019) and the Bail Hearing (10/28/2019). I informed attorney Cohen the defendant had elected to change counsel; he will cooperate in transferring all relevant case documents to me forthwith.

This substitution of counsel won't cause delay; I have sufficient time to prepare for the scheduled conference on 12/17/2019. I today filed my Notice of Appearance. If the court deems this letter sufficient as permitting attorney Cohen's withdrawal, I have provided space at the foot hereof for this to be "so ordered".

If the court requires anything further from me or attorney Cohen for this substitution of counsel, please advise.

*The Court approves substitution of Mr. Cohen by Mr. Simon.*

Respectfully,

/s/ RS, ESQ.

RICHARD SIMON, ESQ.

SO ORDERED: 11-21-19

*Kimba M. Wood*