UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------X

UNITED STATES OF AMERICA

-against-

JEREMIAS JIMENEZ CRUZ,

                Defendant.

--------------------------------------------------------X

19-CR-326 (KMW)

**ORDER**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _____

KIMBA M. WOOD, United States District Judge:

In an effort to reduce all parties' risk of exposure to COVID-19, the conference scheduled for Tuesday, March 24, 2020, at 11:00 a.m., is adjourned *sine die*. Pursuant to Standing Order 20-MISC-154, the running of speedy-trial time is suspended.

SO ORDERED.

Dated: New York, New York
      March 17, 2020

                                /s/ Kimba M. Wood /
                                  KIMBA M. WOOD
                              United States District Judge