UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
UNITED STATES OF AMERICA

       -against-

JEREMIAS JIMINEZ CRUZ,

                        Defendant.
-----------------------------------------------------------------x

**ORDER**
19 CR 326 (KMW)

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/11/20

KIMBA M. WOOD, District Judge:

       The Court will hold a teleconference, on the defendant's Motion for Pretrial Release, on Thursday, May 14, 2020, at 11:30 a.m.

       To join the telephone conference, the parties should dial 888-363-4749 and enter access code 1613818.

       SO ORDERED.

Dated: New York, New York
         May 11, 2020

                                                  _____
                                                   KIMBA M. WOOD
                                         UNITED STATES DISTRICT JUDGE