UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
UNITED STATES OF AMERICA

        -against-

JEREMIAS JIMINEZ-CRUZ,

                      Defendant.
-----------------------------------------------------------------x

**ORDER**
19 CR 326 (KMW)

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/29/21

KIMBA M. WOOD, District Judge:

The Court will hold a remote conference in the above-captioned case on Monday, May 3, 2021, at 10:30 a.m. To join the conference, the parties should dial 1-888-363-4749 and enter access code 1613818.

SO ORDERED.

Dated: New York, New York
April 29, 2021

                                            KIMBA M. WOOD
                                  UNITED STATES DISTRICT JUDGE