UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------x

UNITED STATES OF AMERICA

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/8/21

-against

**ORDER**
19 CR 326 (KMW)

JEREMIAS JIMINEZ CRUZ,

Defendant.
-------------------------------------------------------------------x

KIMBA M. WOOD, District Judge:

The Court will hold a remote conference in this case on Monday, July 12, 2021, at 9:00

a.m. Members of the press and public who wish to join the conference shall dial 1-888-363-

4749, and enter access code 1613818.

SO ORDERED.

Dated: New York, New York
July 8, 2021

Kimba M. Wood

KIMBA M. WOOD
UNITED STATES DISTRICT JUDGE