USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/12/21

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------- X

UNITED STATES OF AMERICA,

    -against-

JEREMIAS JIMENEZ-CRUZ,
(KMW)

               Defendant.

---------------------------------------------------------------- X

~~PROPOSED~~ ORDER
KMW

Case No. 19-CR-326

Upon consideration of Attorney Mariel Colón Miró's Motion to Withdraw as Counsel and for good cause shown, it is this 12th day of JULY 2021, hereby

**ORDERED**,

that the Motion is **GRANTED**.

*Kimba M. Wood*
KIMBA M. WOOD
UNITED STATES DISTRICT JUDGE