UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x
UNITED STATES OF AMERICA

       -against

JEREMIAS JIMINEZ CRUZ,

                        Defendant.
------------------------------------------------------------------x

**ORDER**
19 CR 326 (KMW)

KIMBA M. WOOD, District Judge:

       The Court hereby relieves current counsel, and appoints CJA attorney on duty today, Thomas Ambrosio, to represent the defendant. Current counsel shall contact Mr. Ambrosio and transfer any files or documents in their possession.

       The Court scheduled the next remote proceeding for July 28, 2021, at 11:00 a.m.

       SO ORDERED.

Dated: New York, New York
       July 12, 2021

                                               KIMBA M. WOOD
                                  UNITED STATES DISTRICT JUDGE

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/12/21