

# THOMAS AMBROSIO
### ATTORNEY AT LAW
Member of NJ & NY Bars

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/15/21
```

July 14, 2021

Via ECF

Honorable Kimba M. Wood
United States District Judge
United States Courthouse
500 Pearl St.
New York, NY 10007-1312

**MEMO ENDORSED**

      RE:    USA v. Jeremias Jimenez Cruz
               19-cr-326-KMW

Dear Judge Wood,

      On July 12, 2021 Your Honor appointed me to represent Jeremias Jimenez Cruz as substitute counsel for Mariel Colon, Esq. and scheduled a status conference for 11:00 a.m. on July 28, 2021. I am respectfully requesting that the status conference be moved to any time after 2:00 p.m. on July 28, 2021 due to a previously scheduled matter I am required to appear before in the District of New Jersey. I could also be available after 2:00 p.m. on July 29th or any time on July 30th.

      I have communicated with Adam Hobson, AUSA regarding this request and he does not object.

      I thank Your Honor for courtesies in connection with this request.

Respectfully yours,

/s/ Thomas Ambrosio
Thomas Ambrosio

cc:    Jeremias Jimenez Cruz

*[Handwritten endorsement:]* The MCC conducts remote proceedings on Monday, Wednesday and Friday at 9:00 or 11:00 a.m. The Court will put in a remote request for the defendant for July 30, 2021 at 11:00 a.m.

7/15/21
Kimba M. Wood
SO ORDERED

750 Valley Brook Avenue | Lyndhurst | New Jersey 07071 | 201.935.3005 | 201.935.7667 ∞ fax
tambrosio@legal750.com