UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x

UNITED STATES OF AMERICA



    -against-

JEREMIAS JIMINEZ-CRUZ,

                      Defendant.
-----------------------------------------------------------------x

**ORDER**
19 CR 326 (KMW)

KIMBA M. WOOD, District Judge:

The Court will hold a remote conference in the above-captioned case on Friday, July 30, 2021, at 11:00 a.m. Members of the press and public who wish to join the proceeding shall dial 1-888-363-4749 and enter Access Code 1613818.

SO ORDERED.

Dated: New York, New York
       July 20, 2021

                                        /s/ Kimba M. Wood
                                        KIMBA M. WOOD
                            UNITED STATES DISTRICT JUDGE