```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/28/21
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x
UNITED STATES OF AMERICA

        -against-

JEREMIAS JIMINEZ CRUZ,

                    Defendant.
-------------------------------------------------------------x

**ORDER**
19 CR 326 (KMW)

KIMBA M. WOOD, District Judge:

    The Court will hold a remote conference in the above-captioned case on Thursday, September 30, 2021, at 9:00 a.m. Members of the press and public who wish to hear the proceeding may dial 1-888-363-4749 and enter Access Code 1613818. Consistent with the standing orders of this court and local rules, no recording or rebroadcasting of the proceeding is permitted.

    SO ORDERED.

Dated: New York, New York
         September 28, 2021

                                            */s/ Kimba M. Wood*
                                            KIMBA M. WOOD
                                  UNITED STATES DISTRICT JUDGE