```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/15/21
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x
UNITED STATES OF AMERICA,

               -against-

JEREMIAS JIMINEZ CRUZ

                                     Defendant.
-------------------------------------------------------------x

19 CR 326 (KMW)

SENTENCING
SCHEDULING ORDER

KIMBA M. WOOD, District Judge

       The Defendant is scheduled to be sentenced, in-person, on February 15, 2022 at 12:00 p.m.

       The Presentence Investigation Report is due to the Court on February 8, 2022.

       Any sentencing submissions by Defendant must be made by February 9, 2022, and must state specifically whether Defendant contests any fact in the Presentence Report, and whether Defendant contests the appropriateness of the Probation Officer's Sentencing Recommendation.

       Defense counsel must arrange for the presentence interview to occur within 14 days of the defendant's guilty plea. The Government must submit a statement of facts to Probation within 14 days of the defendant's guilty plea. The Government must submit its 5K1.1 letter, if applicable, 14 days before sentencing. All counsel must review the Court's Individual Rules before submitting sentencing memoranda.

       Probation should contact Chambers if they experience difficulty scheduling the presentence interview or if the PSR will not be completed in a timely fashion.

       Any response or other submission from the Government is due February 11, 2022.

SO ORDERED

Dated: New York, New York
          November 15, 2021

                                                                      */s/ Kimba M. Wood*
                                                                       KIMBA M. WOOD
                                                             UNITED STATES DISTRICT JUDGE