UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------x

UNITED STATES OF AMERICA

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/10/22
```

      -against-

JEREMIAS JIMINEZ CRUZ,

                    Defendant.

------------------------------------------------------------------x

**ORDER**
19 CR 326 (KMW)

KIMBA M. WOOD, District Judge:

      Due to a conflict with the Court's calendar, the sentencing scheduled for February 15, 2022, is adjourned to Wednesday, February 16, 2022, at 10:00 a.m.

      SO ORDERED.

Dated: New York, New York
       January 10, 2022

                                            /s/ Kimba M. Wood
                                        KIMBA M. WOOD
                                 UNITED STATES DISTRICT JUDGE