```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/8/22
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - X
                                             :
UNITED STATES OF AMERICA                     :   ORDER
                                             :
       - v. -                                :   19 Cr. 326 (KMW)
                                             :
JEREMIAS JIMENEZ CRUZ,                       :
                                             :
                        Defendant.           :
                                             :
- - - - - - - - - - - - - - - - - - - - - - X

       WHEREAS, with the consent of the defendant, JEREMIAS JIMENEZ CUZ, the defendant's guilty plea allocution was taken before a United States Magistrate Judge on November 12, 2021; and

       WHEREAS, a transcript of the allocution was made and thereafter was transmitted to the District Court; and

       WHEREAS, upon review of that transcript, this Court has determined that the defendant entered the guilty plea knowingly and voluntarily and that there was a factual basis for the guilty plea;

IT IS HEREBY ORDERED that the defendant's guilty plea is accepted.

SO ORDERED:

Dated:   New York, New York
         February 8, 2022

_____
THE HONORABLE KIMBA M. WOOD
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF NEW YORK