```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
```

UNITED STATES OF AMERICA

        v.

Jeremias Jiminez Cruz,

        Defendant.

```
-------------------------------------------------------------X
```

> USDC SDNY
> DOCUMENT
> ELECTRONICALLY FILED
> DOC #: _____
> DATE FILED: February 26, 2024

19-CR-326 (KMW)

**ORDER**

KIMBA M. WOOD, District Judge:

    Defendant Jeremias Jiminez Cruz, proceeding *pro se*, has filed a motion for compassionate release pursuant to 18 U.S.C. § 3582(c)(1)(A). (ECF No. 85.) No later than March 11, 2024, the Government shall respond to Defendant's motion. Defendant's reply, if any, must be submitted by April 8, 2024.

SO ORDERED.

Dated: New York, New York
       February 24, 2024

                                        /s/ Kimba M. Wood
                                    KIMBA M. WOOD
                         United States District Judge