```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:  October 1, 2025
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X

UNITED STATES OF AMERICA,

              -against-

Jeremias Jimenez Cruz,

                    Defendant.
-------------------------------------------------------X

19-CR-326 (KMW)

**ORDER**

KIMBA M. WOOD, United States District Judge:

      On September 30, 2025, the Court received a motion from Defendant Jeremias Jimenez Cruz titled "Motion to Expedite." (Def.'s Mot., ECF No. 31.) Defendant's motion asks the Court to expedite its decision on Defendant's motion for compassionate release and reduction of his sentence, ECF No. 85, pursuant to 18 U.S.C. §§ 3582(c)(1)(A) and 3582(c)(2). (*Id.* at 1.) In support of his motion, Defendant submits a brief, which recycles many of the same arguments from his first motion pertaining to his health and rehabilitation.[1] (*Id.* 5-15)

      However, the Court already denied Defendant's motion for compassionate release and sentence reduction back in August 2024. (Aug. 26 Op. & Order, ECF No. 90). As Defendant's motion asks the Court to expedite its decision—as well as makes no reference to the Court's decision that it already rendered—it appears that Defendant did not receive a copy of the Court's August 2024 decision.

---

[1] The Court notes that Defendant attaches several exhibits, including medical records, in support of his concerns about his medical condition and recent medical episodes that were not available when Defendant made his initial application. Nevertheless, the Court already considered and resolved these issues in its August 2024 Opinion and Order.

As such, Defendant's motion to expedite, ECF No. 91, is **DENIED** as moot in light of the Court's August 2024 decision. The Clerk of Court is respectfully directed to mail a copy of this order and the August 2024 Opinion and Order, ECF No. 90, to Defendant, and close out the pending motion associated with ECF No. 91.

    SO ORDERED.

Dated: New York, New York
       October 1, 2025

/s/ *Kimba M. Wood*
KIMBA M. WOOD
United States District Judge