USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: ____________
DATE FILED: August 13, 2026

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------X

UNITED STATES OF AMERICA

v.

JEREMIAS JIMINEZ CRUZ,

Defendant.
---------------------------------------------------------------X

19-CR-326 (KMW)

**ORDER**

KIMBA M. WOOD, United States District Judge:

Defendant Jeremias Jiminez Cruz has filed a *pro se* motion for compassionate release pursuant to 18 U.S.C. § 3582(c)(1)(A). (ECF No. 98.) The Government is ordered to respond to Defendant's motion by August 28, 2026. Defendant's reply, if any, is due by September 11, 2026, but may be submitted earlier. Once the Court receives Defendant's reply, the Court will consider the motion fully briefed and ready for ruling.

The Clerk of Court is respectfully directed to mail a copy of this Order to Mr. Cruz.

SO ORDERED.

Dated: New York, New York
August 13, 2026

*/s/ Kimba M. Wood*
KIMBA M. WOOD
United States District Judge