USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: ____________
DATE FILED: October 14, 2025

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X

UNITED STATES OF AMERICA,

-against-

Jeremias Jimenez Cruz,

Defendant.

-------------------------------------------------------X

19-CR-326 (KMW)

**ORDER**

KIMBA M. WOOD, United States District Judge:

On October 8, 2026, the Government filed its opposition, (ECF No. 106), to Defendant's Motion for a Sentence Reduction, (ECF No. 98). The Government sent a copy of its opposition to Defendant. (*Id.* at 10). Defendant's reply, if any, is due by November 6, 2026, but may be submitted earlier. Once the Court receives Defendant's reply, the Court will consider the motion fully briefed and ready for ruling.

The Court assures Defendant it has received Defendant's letter of inquiry, which is attached to this Order, and Defendant's Motion for Sanctions Against the Clerk of Court, (ECF No. 103), which it will rule on in due course.

A copy of this Order has been mailed by chambers to Defendant.

SO ORDERED.

Dated: New York, New York
October 14, 2025

*/s/ Kimba M. Wood*
KIMBA M. WOOD
United States District Judge

UNITED STATES DISTRICT COURT FOR

THE SOUTHERN DISTRICT OF NEW YORK

RECEIVED
OCT 14 2026
CHAMBERS OF KIMBA M. WOOD
U.S.D.J.-S.D.N.Y.

JEREMIAS JIMINEZ CRUZ PETITIONER

V. CASE NO: 1:19-CR-00326-KMW-1

UNITED STATES OF AMERICA RESPONDENT

LETTER OF INQUIRY

As of the date listed below your Honorable Judge Kimba M. Wood, I have not gotten any response from the Court Clerk or the United States Attorney. I have not even got a response from any of my filings and am wondering if the Court and your Honor has even received any of the Certified Mail I have sent. (See Exhibit 1 Page 1).

I hope that there is a simple explanation and not a clerical error as has happened in the pased.

I hope this can be resolved soon. I thank You for your time in this matter.

Respectfully Submitted,

Jeremias Jiminez Cruz #76343-054
Federal Correctional Institution Loretto
Post Office Box 1000
Cresson, PA 16630

9-30-2026

UNITED STATES DISTRICT COURT FOR

THE SOUTHERN DISTRICT OF NEW YORK

JEREMIAS JIMINEZ CRUZ PETITIONER

V. CASE NO: 1:19-CR-00326-KMW-1

UNITED STATES OF AMERICA RESPONDENT

CERTIFICATE OF SERVICE

I certify that on 9-30-2026, I mailed a copy of this Letter of Inquiry for the above listed case, Prepaid Certified First Class Mail to The Honorable Judge Kimba M. Wood, United States District Court, Southern District of New York, 500 Pearl Street, New York, NY 10007-1312.

I certify that this Document was given to Prison Officials on 9-30-2026, for forwarding to the Honorable Judge Kimba M. Wood, District Court Judge.

I certify under penalty of perjury that the foregoing is True and Correct. 28 U.S.C. § 1746.

Jeremias Jiminez Cruz #76343-054
Federal Correctional Institution Loretto
Post Office Box 1000
Cresson, PA 16630

EXHIBIT 1 Page 1

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at www.usps.com®.

OFFICIAL USE

Certified Mail Fee
Extra Services & Fees (check box, add fee as appropriate)
☐ Return Receipt (hardcopy) $
☐ Return Receipt (electronic) $
☐ Certified Mail Restricted Delivery $
☐ Adult Signature Required $
☐ Adult Signature Restricted Delivery $
Postage
Total Postage and Fees

Postmark Here — CRESSON, PA 16630 — AUG 24 2026

Sent To: Clerk of Courts, U.S. Dist. Court House
Street and Apt. No., or PO Box No.: 500 Pearl St., Rm 120
City, State, ZIP+4®: New York, NY 10007

PS Form 3800, April 2015 PSN 7530-02-000-9047 See Reverse for Instructions

9589 0710 5270 3770 8001 43

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at www.usps.com®.

OFFICIAL USE

Certified Mail Fee $
Extra Services & Fees (check box, add fee as appropriate)
☐ Return Receipt (hardcopy) $
☐ Return Receipt (electronic) $
☐ Certified Mail Restricted Delivery $
☐ Adult Signature Required $
☐ Adult Signature Restricted Delivery $
Postage $
Total Postage and Fees $

Postmark Here — CRESSON, PA 16630 — SEP 11 2026 — USPS

U.S. Courthouse

Sent To: Judge Kimba M. Wood, U.S. District Court
Street and Apt. No., or PO Box No.: 500 Pearl Street
City, State, ZIP+4®: New York, NY 10007

PS Form 3800, January 2023 PSN 7530-02-000-9047 See Reverse for Instructions

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at www.usps.com®.

New York, NY 10007

OFFICIAL USE

Certified Mail Fee $5.55
$ $0.00
Extra Services & Fees (check box, add fee as appropriate) $0.00
☐ Return Receipt (hardcopy) $ $0.00
☐ Return Receipt (electronic) $ $0.00
☐ Certified Mail Restricted Delivery $ $0.00
☐ Adult Signature Required $ $0.00
☐ Adult Signature Restricted Delivery $
Postage $1.98
Total Postage and Fees $7.53

Postmark Here — 0630 — 30 — 08/10/2026 — USPS

Sent To: Clerk of Courts, U.S. Dist. Court
Street and Apt. No., or PO Box No.: 500 Pearl Street Room 120
City, State, ZIP+4®: New York, NY 10007-1312

PS Form 3800, January 2023 PSN 7530-02-000-9047 See Reverse for Instructions

9589 0710 5270 3417 8525 97

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at www.usps.com®.

OFFICIAL USE NY

Certified Mail Fee $
Extra Services & Fees (check box, add fee as appropriate)
☐ Return Receipt (hardcopy) $
☐ Return Receipt (electronic) $
☐ Certified Mail Restricted Delivery $
☐ Adult Signature Required $
☐ Adult Signature Restricted Delivery $
Postage $
Total Postage and Fees $

Postmark Here — CRESSON, PA 16630 — SEP 10 2026

U.S. Dist. Court

Sent To: Judge Kimba M. Wood, U.S. Courthouse
Street and Apt. No., or PO Box No.: 500 Pearl Street
City, State, ZIP+4®: New York, NY 10007

PS Form 3800, January 2023 PSN 7530-02-000-9047 See Reverse for Instructions

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at www.usps.com®.

New York NY 10007

OFFICIAL USE

Certified Mail Fee $5.55
$0.00
Extra Services & Fees (check box, add fee as appropriate)
☐ Return Receipt (hardcopy) $ $0.00
☐ Return Receipt (electronic) $ $0.00
☐ Certified Mail Restricted Delivery $ $0.00
☐ Adult Signature Required $ $0.00
☐ Adult Signature Restricted Delivery $
Postage $0.82
Total Postage and Fees $6.37

Postmark Here — CRESSON, PA 16630 — AUG 6 2026 — 08/06/2026 — USPS

Sent To: Clerk of Courts U.S. Dist. Court of New York
Street and Apt. No., or PO Box No.: 500 Pearl Street Suite 120
City, State, ZIP+4®: New York, NY 10007-1312

PS Form 3800, January 2023 PSN 7530-02-000-9047 See Reverse for Instructions

9589 0710 5270 3770 8009 35

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at www.usps.com®.

OFFICIAL USE NY

Certified Mail Fee $
Extra Services & Fees (check box, add fee as appropriate)
☐ Return Receipt (hardcopy) $
☐ Return Receipt (electronic) $
☐ Certified Mail Restricted Delivery $
☐ Adult Signature Required $
☐ Adult Signature Restricted Delivery $
Postage $
Total Postage and Fees $

Postmark Here — CRESSON, PA 16630 — AUG 31 2026

U.S. Courthouse

Sent To: Judge Kimba M. Wood, U.S. Dist. Judge
Street and Apt. No., or PO Box No.: 500 Pearl Street
City, State, ZIP+4®: New York, NY 10007

9589 0710 5270 3417 8525 73