USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: ________________
DATE FILED: November 18, 2026

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------X

UNITED STATES OF AMERICA,

-against-

Jeremias Jimenez Cruz,

Defendant.

-----------------------------------------------------X

19-CR-326 (KMW)

**ORDER**

KIMBA M. WOOD, United States District Judge:

The Court has reviewed Defendant Jeremias Cruz's Motion for Compassionate Release. (ECF No. 98). In support of his Motion, Mr. Cruz submitted hundreds of pages of medical documentation, some of which is difficult to understand. Mr. Cruz's physician, in his medical notes, has offered to provide a medical summary to support a compassionate release request. (ECF No. 98 at 109). The Court directs Mr. Cruz to submit to the Court by December 18, 2026, his physician's summary of: (1) the care Mr. Cruz has received, (2) Mr. Cruz's current medical condition; and (3) the care Mr. Cruz is likely to need in the future.

The Court has mailed a copy of this Order to Mr. Cruz.

SO ORDERED.

Dated: New York, New York
November 18, 2026

*/s/ Kimba M. Wood*
KIMBA M. WOOD
United States District Judge